IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED M. ELSAYED, and SHAIMAA M. ZAYAN, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID DOUGLAS, in his Official Capacity, District Director, U.S. Citizenship & Immigration Services of Omaha; et al <br><br> Defendants. | **8:17CV78** <br><br> **ORDER** |

As requested in the parties' motion, (Filing No. 16), which is hereby granted,

IT IS ORDERED:

1) Progression of this case is stayed pending further order of the Court.

2) On or before September 8, 2017, the parties shall either file a joint status report with the Court or a motion to dismiss this case.

July 10, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge